**PASHMAN STEIN WALDER HAYDEN**
A Professional Corporation
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
(201) 488-8200
*Attorneys for Defendants*
Gannett Co., Inc., Gannett Satellite
Information Network, LLC, LocalIQ, LLC
and Jeramiah Martin

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTOINETTE FAMULARE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GANNETT CO., INC., GANNETT SATELLITE INFORMATION NETWORK, LLC and GANNETT SATELLITTE INFORMATION NETWORK, INC. d/b/a USA TODAY and USA NETWORK; LOCALIQ, LLC; JERAMIAH MARTIN, individually<br><br>　　　　Defendants. | Civil Action No.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Pashman Stein Walder Hayden, P.C., counsel for Defendants Gannett Co., Inc., Gannett Satellite Information Network, LLC, LocalIQ, LLC, and Jeramiah Martin certifies that the parties listed below are non-governmental corporate parties and that:

　　　　1.　　Gannett Co., Inc. (GCI) is a publicly-traded company (NYSE: GCI). It has no parent company. Blackrock, Inc. (NYSE: BLK) and The Vanguard Group, Inc each own more than 10% of GCI's stock.

　　　　2.　　Gannett Media Corp. (GMC) is a wholly-owned subsidiary of GCI.

3.     Gannett Satellite Information Network, LLC (GSIN) is a wholly-owned subsidiary of GMC.

4.     Local IQ, LLC, is a wholly-owned subsidiary of GMC.

5.     USA Today is an unincorporated division of GSIN.

6.     Gannett Satellite Information Network, Inc. is improperly pleaded.

7.     USA Today is improperly pleaded.

**PASHMAN STEIN WALDER HAYDEN**
A Professional Corporation
*Attorneys for Defendants*
Gannett Co., Inc., Gannett Satellite Information Network, LLC, LocalIQ, LLC and Jeramiah Martin

By:    /s/ James W. Boyan III
        **JAMES W. BOYAN III**

Dated: October 6, 2020