James W. Boyan III
**PASHMAN STEIN WALDER HAYDEN**
Court Plaza South
21 Main Street, Suite 200
Hackensack, New Jersey 07601
(201) 488-8200
Attorneys for Defendants
Gannett Co., Inc., Gannett Satellite
Information Network, LLC, LocalIQ, LLC
and Jeramiah Martin

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANTOINETTE FAMULARE,<br><br>       Plaintiff,<br><br>v.<br><br>GANNETT CO., INC., GANNETT SATELLITE INFORMATION NETWORK, LLC AND GANNETT SATELLITTE INFORMATION NETWORK, Inc. d/b/a USA TODAY and USA NETWORK; LocalIQ, LLC; Jeramiah Martin, individually<br><br>       Defendants. | Civil Action No.:<br><br>**APPLICATION FOR AN ORDER EXTENDING THE TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |

Application is hereby made pursuant to Local Civil Rule 6.1(b) for a Clerk's Order extending the time within which Defendants Gannett Co., Inc., Gannett Satellite Information Network, LLC, LocalIQ, LLC and Jeramiah Martin, may answer, move, or otherwise respond to the Complaint filed by Plaintiff herein by 14 days. It is represented that:

    1.    No previous extension of time to answer, move, or otherwise respond to the Complaint has been obtained by Defendants.

2. On October 6, 2020, Defendants filed a Notice of Removal removing the Complaint from the Superior Court of New Jersey to the District of New Jersey.

4. Pursuant to Fed R. Civ. P. 81(c)(2), Defendants' time to respond to the Complaint expires on October 13, 2020.

5. A 14-day extension of time to respond pursuant to Local Civil Rule 6.1(b) would extend Defendants' time to answer, move, or otherwise respond to the Complaint to October 27, 2020.


DATED:  OCTOBER 6, 2020                    **PASHMAN STEIN WALDER HAYDEN**
                                           Court Plaza South
                                           21 Main Street, Suite 200
                                           Hackensack, NJ 07601
                                           Tel: 201) 488-8200
                                           Fax: (201 ) 488-5556
                                           jboyan@pashmanstein.com

                                           /s/ James W. Boyan III
                                           JAMES W. BOYAN III