**PASHMAN STEIN WALDER HAYDEN**
A Professional Corporation
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
(201) 488-8200
*Attorneys for Defendants*
*Gannett Co., Inc., Gannett Satellite Information*
*Network, LLC, LocalIQ, LLC and Jeramiah Martin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANTOINETTE JUDY FAMULARE,<br><br>Plaintiff,<br><br>v.<br><br>GANNETT CO., INC., et al.<br><br>Defendants. | Civil Action No. 20-cv-13991<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court upon application of a notice of motion filed by Defendants Gannett Co., Inc., Gannett Satellite Information Network, LLC, LocalIQ, LLC ("Defendants") (James W. Boyan, III, Esq. appearing), seeking an Order pursuant to Federal Rule of Civil Procedure 72(a) vacating Magistrate Judge Hammer's December 6, 2021 Order (ECF No. 23), and the Court having considered the written submissions of the parties, and having conducted oral argument on _____, 2022, and for good cause being shown,

**IT IS** on this ___ day of _____, 2022, **ORDERED:**

1. The Order entered on December 6, 2021 (ECF No. 23) is hereby vacated.

2. The publishing of this Order by the Court on ECF shall constitute service on all parties.

_____
Honorable William J. Martini, U.S.D.J.
