# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTOINETTE JUDY FAMULARE, | Civ. Action No. 20-13991 (WJM) (MAH) |
| Plaintiff, | |
| v. | |
| GANNETT CO., INC., et al., | AMENDED SCHEDULING ORDER |
| Defendants. | |

This matter having come before the Court on the parties' proposed schedules, and for good cause shown:

**IT IS on this 21st day of December 2021,**

**ORDERED THAT:**

1. All fact discovery shall be completed on or before **March 31, 2022**.

2. All affirmative expert reports shall be delivered by **April 15, 2022**.

3. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **May 16, 2022**.

4. The Rule 30(b)(6) deposition scheduling will be set upon a ruling on the appeal of the Undersigned's December 6, 2021 Text Order.

5. The telephone status conference set for **March 1, 2022 at 12:00 p.m.** shall proceed as scheduled. Counsel shall join the call by **dialing 1-888-684-8852 and entering access code 1456817#**.

*/s Michael A. Hammer*
Hon. Michael A. Hammer,
United States Magistrate Judge