

**Samuel J. Samaro**
Member of the Firm
Designated by the Supreme Court of New Jersey as a Certified
Civil Trial Attorney
ssamaro@pashmanstein.com

March 2, 2022

<u>VIA ECF</u>
Honorable Michael A. Hammer, U.S.M.J.
U.S. District Court of New Jersey
50 Walnut Street
Newark, NJ 07101

      RE:    **Famulare v. Gannett Co., Inc., et al.**
              **Case No. 20-cv-13991-WJM-MAH**

Dear Judge Hammer:

This firm represents Defendants Gannett Co., Inc., Gannett Satellite Information Network, LLC, LocalIQ, LLC and Jeramiah Martin in the above-referenced matter. During the conference that took place on March 1, 2022, the issue arose as to whether Defendants' motion filed on December 20, 2021 (ECF #27) was a motion for reconsideration pending before Your Honor, or an appeal pursuant to Federal Rule of Civil Procedure 72(a) pending before Judge Martini. On December 20, 2021, the Clerk posted a "quality control message" to the docket confirming it is the latter:

> (CLERK'S QUALITY CONTROL MESSAGE - ECF #27 is a Magistrate Appeal concerning discovery - incorrectly filed as a motion for reconsideration (gh, )

We thank Your Honor for your attention and courtesies in this matter.

                                      Respectfully submitted,

                                      */s/ Samuel J. Samaro*

                                      SAMUEL J. SAMARO

cc: all counsel of record (via ECF)