## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTOINETTE JUDY FAMULARE,<br><br>      **Plaintiff,**<br><br>      v.<br><br>**GANNETT CO., INC., GANNETT SATELLITE INFORMATION NETWORK, LLC and GANNETT SATELLITTE INFORMATION NETWORK, INC. d/b/a USA TODAY; USA NETWORK; LOCALIQ, LLC; and JEREMIAH MARTIN, individually,**<br><br>      **Defendants.** | Civ. No. 2:20-CV-13991 (WJM)<br><br>**ORDER** |

### WILLIAM J. MARTINI, U.S.D.J.

**THIS MATTER** comes before the Court on a Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 filed by Defendants Gannett Co., Inc., Gannett Satellite Information Network, LLC, Gannett Satellite Information Network, Inc. d/b/a USA Today; USA Network; LOCALIQ, LLC (collectively, "Gannett") and Jeremiah Martin ("Martin" or together with Gannett, "Defendants"). ECF No. 51.

For the reasons set forth in the accompanying Opinion, and for good cause appearing;

**IT IS** on this 1st day of June 2023,

**ORDERED** that Defendants' motion for summary judgment is **DENIED**.

WILLIAM J. MARTINI, U.S.D.J.